UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| FROST, MATTHEW WALTER | ) | BANKRUPTCY CASE 09-10141 |
| FROST, JACQUELINE LOUISE | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #2 | Merchants Retail Credit Association, Inc.<br>Med & Den Business Bureau of Allen Co. Inc.<br>P.O. Box 11285<br>333 E. Washington Blvd.<br>Fort Wayne, Indiana 46857 | $3.63 |
| Claim #6 | St. Joseph Hospital<br>P.O. Box 11229<br>Fort Wayne, Indiana 46856 | $3.83 |
| Claim #7 | Serban Law Office, PC<br>P.O. Box 8856<br>Fort Wayne, IN  46898 | $4.27 |

Total Check Amount = $11.73

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of February 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee